a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

FELIX RIVERO FERNANDEZ    CIVIL DOCKET NO. 3:26-CV-01290 SEC P
#A233-165-679,
Petitioner

VERSUS                                            JUDGE JAMES D. CAIN, JR.

WARDEN RICHWOOD        MAGISTRATE JUDGE PEREZ-MONTES
CORRECTIONAL CENTER ET AL,
Respondents

---

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by pro se Petitioner Felix Rivero Fernandez ("Rivero Fernandez"), an immigration detainee at the Richwood Correctional Center in Monroe, Louisiana. Rivero Fernandez seeks release from detention.

A court may order a respondent to file an answer, motion, or other response, in its discretion. *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases. Accordingly, to determine whether Rivero Fernandez is entitled to relief, THE CLERK IS DIRECTED to serve a summons, a copy of the Petition (ECF No. 1), and a copy of this Order, by certified mail, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States Attorney General; (3) DHS/ICE through its Office of General Counsel; and by regular mail on (4) the Warden where Rivero Fernandez is detained.

1

IT IS ORDERED that a Response be filed within 60 days following the date of service of the Petition on the United States Attorney for the Western District of Louisiana, with summary judgment evidence regarding the lawfulness of his detention.

IT IS FURTHER ORDERED that Petitioner shall have 30 days to reply.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

SIGNED on Thursday, May 21, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

2